**John W. McKINNON v. UNITED STATES of America.**
No. 6364.

Circuit Court of Appeals, Sixth Circuit.
May 16, 1933.

Henry Lavine, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.
Judgment of District Court affirmed.

**Herbert R. MacMILLAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**
No. 6040.

Circuit Court of Appeals, Ninth Circuit.
Jan. 11, 1934.

Dempsey & Mackay, of Los Angeles, Cal., for petitioner.

Sewall Key, Head, Tax Division, Dept. of Justice, and A. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respective parties, ordered petition to review dismissed; mandate issued forthwith.

**Capris MANN v. F. G. ZERBST, Warden.**
No. 958.

Circuit Court of Appeals, Tenth Circuit.
Sept. 19, 1933.

Olin D. Buck, of Topeka, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Appeal dismissed, for want of merit.

**O. C. MARKLEY v. UNITED STATES of America.**
No. 6493.

Circuit Court of Appeals, Sixth Circuit.
Oct. 9, 1933.

Chas. Embry and Milton Davenport, both of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.
Dismissed pursuant to motion of appellee.

**Harry M. MARTIN v. UNITED STATES of America.**
No. 6345.

Circuit Court of Appeals, Sixth Circuit.
May 16, 1933.

McLeod, Fixel, Abbott & Fixel, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Judgment of District Court affirmed.